## 67311. BLACKBURN v. THE STATE.

BIRDSONG, Judge.

This is an appeal by the defendant in a robbery case. After a jury trial ended in mistrial, the appellant sought a "Motion for Judgment Notwithstanding the Mistrial" on grounds that certain evidence should not have been admitted and the state's case, without that evidence, is insufficient to support a verdict of guilty beyond a reasonable doubt. The appellant failed to obtain pursuant to OCGA § 5-7-2 (Code Ann. § 6-1002a) a certificate of immediate review of the trial court's refusal to enter judgment notwithstanding the mistrial, as was done in *Phillips v. State,* 133 Ga. App. 461 (211 SE2d 411). The state, seeking our instruction and inviting "a definitive ruling on the merits . . . voluntarily waives any objection it may have in regards to the [appeal] procedure."

The state cannot do this. It is not within the state's power to confer appellate jurisdiction, nor to waive the absence of it. See, e.g., *Newton v. K. B. Property Mgt. of Ga.,* 166 Ga. App. 901 (306 SE2d 5);

*Evans v. Davey,* 154 Ga. App. 269, 270 (267 SE2d 875). This appeal is accordingly dismissed.

*Appeal dismissed. McMurray, C. J., and Shulman, P. J., concur.*

DECIDED JANUARY 11, 1984.

*Donald B. Howe, Jr.,* for appellant.

*Frank C. Winn, District Attorney, J. David McDade, Assistant District Attorney,* for appellee.